**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
**Hugh Birthwright,**

               Plaintiff,

  -V-

**Advance Stores Company, Inc.,**

               Defendant.
---------------------------------------------------------X

**FILED**
**CLERK**

3/24/2022 10:45 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**RECUSAL ORDER**

22-cv-00593-GRB-JMW

**WICKS, Magistrate Judge**

     The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                                   **SO ORDERED**:

                                   s/ James M. Wicks
                                   JAMES M. WICKS
                                   United States Magistrate Judge

Dated:    March 24, 2022