# EXHIBIT A

Case 2:22-cv-00593-GRB-ST Document 10-1 Filed 03/24/22 Page 2 of 36 PageID #: 67

 CANADA ⌄

🔍

# STORE DRIVER IN EAST NORTHPORT, NY AT ADVANCE AUTO PARTS

**Date Posted:** 1/8/2022

APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3T6S079VX7
Z8VNHD4J&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA

ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# Career Snapshot

**Employee Type:**
Part-Time

**Location:**
524 Larkfield Road
East Northport, NY (/En-US/Search?
Facetcountry=Us&Facetcitystate=East%20northport%2Cny)

**Career Type:**
Store Hourly (/En-US/Search?Facetcategory=Store Hourly)
Field Sales And Service (/En-US/Search?Facetcategory=Field Sales And Service)

**Date Posted:**
1/8/2022

# Career Description

**Job Description**

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.

What is a Store Driver?

Entry level store position capable of supporting delivery of parts to commercial customers. The role has the responsibility to deliver parts to our commercial customers and assist with task and inventory processes in the store. This position can be part time or full time and must be fleet safety certified.

Primary Responsibilities
• Safely deliver parts to customers as needed
• Pick and stage parts for customer orders
• Pick up returns and cores
• Drop off weekly / monthly sales flyer
• Daily collection of credit accounts

Secondary Responsibilities
• Store Cleanliness including floors, bathrooms, facing, dusting, parking lot
• General stocking including truck stocking and back stock

Success Factors
• Basic driving and navigation ability
• Ability to use delivery board system
• Friendly communication
• Ability to locate and stock parts
• Safety knowledge and skills
• Operating inventory systems (Back stock) and store equipment

Essential Job Skills Necessary for Success as a Driver
• Communicate effectively and build strong relationships with customers, peers and management
• Read and interpret documents such as safety rules, operating and maintenance instructions, parts catalogs, and procedure manuals
• Use basic math accurately: add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals
• Ability to work an assortment of days, evenings, and weekends as needed

Prior Experience that Sets a Driver up for Success
Automotive parts experience is preferred

Certificates, Licenses, Registrations
Must have a valid driver's license and be fleet safety certified

Physical Demands
The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee will predominantly be walking or standing. The employee is required to be able to talk and hear, and use hands and fingers to handle or feel; reach with hands and arms; climb or balance; and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 50 pounds and occasionally lift and/or move up to 100 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

Work Environment
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee is usually working inside; however, they will occasionally be outside and exposed to various weather conditions while performing such tasks as installing batteries and wiper blades. The employee is also occasionally exposed to moving mechanical parts; high, precarious places; toxic or caustic chemicals; risk of electrical shock; explosives; and vibration. The noise level in the work environment is usually moderate.

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.



APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV

ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3T6S079VX7
Z8VNHD4J&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# CHECK OUT OUR SIMILAR CAREERS

Merchandiser Jobs (/en-US/search?keywords=Merchandiser)

Delivery Driver Jobs (/en-US/search?keywords=Delivery Driver)

Careers in Bay Shore, New York (/en-US/search?location=Bay Shore, New York,US)

Merchandiser Jobs Bay Shore, New York (/en-US/search?
keywords=Merchandiser&location=Bay Shore, New York,US)

ABOUT US

Home (/)

Culture (/page/culture)

Our Story (https://corp.advanceautoparts.com/our-story/default.aspx)

Inclusion (/page/inclusion)

Community (https://corp.advanceautoparts.com/responsibility/advance-auto-parts-foundation/default.aspx)

Benefits (/page/benefits)

All Careers (/search)

## CAREERS

Retail (/page/fp-retail)

Professional (/page/fp-professional)

Corporate (/page/fp-corporate)

Supply Chain (/page/fp-supply)

Worldpac (/page/fp-worldpac)

Autopart International (https://www.advanceautoparts.jobs/en-US/search?facetcompany=autopart%20international)

Internship (/page/fp-internship)

## FOLLOW US

**f** Facebook (https://facebook.com/advanceautopartscareers)

**𝕏** Twitter (https://twitter.com/myadvancecareer?lang=en)

**⊙** Instagram (https://www.instagram.com/advanceautoparts/?hl=en)

Glassdoor (https://www.glassdoor.com/Jobs/Advance-Auto-Parts-Jobs-E8708.htm)

**▶** YouTube (https://www.youtube.com/c/advanceautoparts/videos)

**in** LinkedIn (https://www.linkedin.com/company/advance-auto-parts/)

2019 Advance Auto Parts

Privacy Policy (/privacy-policy) Privacy Policy (/terms-and-conditions)

 CANADA ⌄

🔍

# STORE DRIVER IN HICKSVILLE, NY AT ADVANCE AUTO PARTS

**Date Posted:** 1/5/2022

APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3S87T70DP
H1C16MDC9&USE
FRAMES=FALSE&S
C_CMP1=JS_JOBDE

TAILS_EXTAPPLY&
TN_DID=TN7I4YL6J
4TKRW9YCMFG&S
OURCEKEY=SOURC
E&SOURCEVALUE=
GOOGLE&SOURCE
=GOOGLE&LANGU
AGE=EN-US)

Not Ready To Apply? (/En-US/Join)

# Career Snapshot

⧗ **Employee Type:**
Part-Time

📍 **Location:**
180 West Old Country Road
Hicksville, NY (/En-US/Search?Facetcountry=Us&Facetcitystate=Hicksville%2Cny)

▲ **Career Type:**
Store Hourly (/En-US/Search?Facetcategory=Store Hourly)
Field Sales And Service (/En-US/Search?Facetcategory=Field Sales And Service)

🕐 **Date Posted:**
1/5/2022

# Career Description

## Job Description

We are an Equal Opportunity Employer and do not discriminate against any employee or
applicant for employment because of race, color, sex, age national origin, religion, sexual
orientation, gender identity, status as a veteran and basis of disability or any other federal,

state or local protected class.

What is a Store Driver?

Entry level store position capable of supporting delivery of parts to commercial customers. The role has the responsibility to deliver parts to our commercial customers and assist with task and inventory processes in the store. This position can be part time or full time and must be fleet safety certified.

Primary Responsibilities
• Safely deliver parts to customers as needed
• Pick and stage parts for customer orders
• Pick up returns and cores
• Drop off weekly / monthly sales flyer
• Daily collection of credit accounts

Secondary Responsibilities
• Store Cleanliness including floors, bathrooms, facing, dusting, parking lot
• General stocking including truck stocking and back stock

Success Factors
• Basic driving and navigation ability
• Ability to use delivery board system
• Friendly communication
• Ability to locate and stock parts
• Safety knowledge and skills
• Operating inventory systems (Back stock) and store equipment

Essential Job Skills Necessary for Success as a Driver
• Communicate effectively and build strong relationships with customers, peers and management
• Read and interpret documents such as safety rules, operating and maintenance instructions, parts catalogs, and procedure manuals
• Use basic math accurately: add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals
• Ability to work an assortment of days, evenings, and weekends as needed

Prior Experience that Sets a Driver up for Success
Automotive parts experience is preferred

Certificates, Licenses, Registrations
Must have a valid driver's license and be fleet safety certified

Physical Demands
The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee will predominantly be walking or standing. The employee is required to be able to talk and hear, and use hands and fingers to handle or feel; reach with hands and arms; climb or balance; and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 50 pounds and occasionally lift and/or move up to 100 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

Work Environment
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee is usually working inside; however, they will occasionally be outside and exposed to various weather conditions while performing such tasks as installing batteries and wiper blades. The employee is also occasionally exposed to moving mechanical parts; high, precarious places; toxic or caustic chemicals; risk of electrical shock; explosives; and vibration. The noise level in the work environment is usually moderate.

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.



APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER

Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 13 of 36 PageID #: 78

NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3S87T70DP
H1C16MDC9&USE
FRAMES=FALSE&S
C_CMP1=JS_JOBDE
TAILS_EXTAPPLY&
TN_DID=TN7I4YL6J
4TKRW9YCMFG&S
OURCEKEY=SOURC
E&SOURCEVALUE=
GOOGLE&SOURCE
=GOOGLE&LANGU
AGE=EN-US)

Not Ready To Apply? (/En-US/Join)

# CHECK OUT OUR SIMILAR CAREERS

Merchandiser Jobs (/en-US/search?keywords=Merchandiser)
Delivery Driver Jobs (/en-US/search?keywords=Delivery Driver)
Careers in Bergenfield, New Jersey (/en-US/search?location=Bergenfield, New Jersey,US)
Merchandiser Jobs Bergenfield, New Jersey (/en-US/search?
keywords=Merchandiser&location=Bergenfield, New Jersey,US)

ABOUT US

Home (/)

Culture (/page/culture)

Our Story (https://corp.advanceautoparts.com/our-story/default.aspx)

Inclusion (/page/inclusion)

Community (https://corp.advanceautoparts.com/responsibility/advance-auto-parts-foundation/default.aspx)

Benefits (/page/benefits)

1/28/22, 10:38 AM
Store Driver in Frackville PA at Advance Auto Parts
Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 14 of 36 PageID #: 79

All Careers (/search)

## CAREERS

Retail (/page/fp-retail)

Professional (/page/fp-professional)

Corporate (/page/fp-corporate)

Supply Chain (/page/fp-supply)

Worldpac (/page/fp-worldpac)

Autopart International (https://www.advanceautoparts.jobs/en-US/search?facetcompany=autopart%20international)

Internship (/page/fp-internship)

## FOLLOW US

𝗳 Facebook (https://facebook.com/advanceautopartscareers)

𝕏 Twitter (https://twitter.com/myadvancecareer?lang=en)

◉ Instagram (https://www.instagram.com/advanceautoparts/?hl=en)

   Glassdoor (https://www.glassdoor.com/Jobs/Advance-Auto-Parts-Jobs-E8708.htm)

▶ YouTube (https://www.youtube.com/c/advanceautoparts/videos)

in LinkedIn (https://www.linkedin.com/company/advance-auto-parts/)

Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 15 of 36 PageID #: 80

2019 Advance Auto Parts

Privacy Policy (/privacy-policy)      Privacy Policy (/terms-and-conditions)

Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 16 of 36 PageID #: 81

 CANADA ∨

🔍

# STORE DRIVER IN MERRICK, NY AT ADVANCE AUTO PARTS

**Date Posted:** 1/5/2022

APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3P1F165JH3
CBPGZ5CS&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN

_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# Career Snapshot

⧖ **Employee Type:**
Part-Time

◉ **Location:**
209 Sunrise Highway
Merrick, NY (/En-US/Search?Facetcountry=Us&Facetcitystate=Merrick%2Cny)

▲ **Career Type:**
Store Hourly (/En-US/Search?Facetcategory=Store Hourly)
Field Sales And Service (/En-US/Search?Facetcategory=Field Sales And Service)

🕐 **Date Posted:**
1/5/2022

# Career Description

## Job Description

We are an Equal Opportunity Employer and do not discriminate against any employee or
applicant for employment because of race, color, sex, age national origin, religion, sexual
orientation, gender identity, status as a veteran and basis of disability or any other federal,
state or local protected class.

What is a Store Driver?

Entry level store position capable of supporting delivery of parts to commercial customers. The role has the responsibility to deliver parts to our commercial customers and assist with task and inventory processes in the store. This position can be part time or full time and must be fleet safety certified.

Primary Responsibilities
• Safely deliver parts to customers as needed
• Pick and stage parts for customer orders
• Pick up returns and cores
• Drop off weekly / monthly sales flyer
• Daily collection of credit accounts

Secondary Responsibilities
• Store Cleanliness including floors, bathrooms, facing, dusting, parking lot
• General stocking including truck stocking and back stock

Success Factors
• Basic driving and navigation ability
• Ability to use delivery board system
• Friendly communication
• Ability to locate and stock parts
• Safety knowledge and skills
• Operating inventory systems (Back stock) and store equipment

Essential Job Skills Necessary for Success as a Driver
• Communicate effectively and build strong relationships with customers, peers and management
• Read and interpret documents such as safety rules, operating and maintenance instructions, parts catalogs, and procedure manuals
• Use basic math accurately: add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals
• Ability to work an assortment of days, evenings, and weekends as needed

Prior Experience that Sets a Driver up for Success
Automotive parts experience is preferred

Certificates, Licenses, Registrations

Must have a valid driver's license and be fleet safety certified

Physical Demands
The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee will predominantly be walking or standing. The employee is required to be able to talk and hear, and use hands and fingers to handle or feel; reach with hands and arms; climb or balance; and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 50 pounds and occasionally lift and/or move up to 100 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

Work Environment
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee is usually working inside; however, they will occasionally be outside and exposed to various weather conditions while performing such tasks as installing batteries and wiper blades. The employee is also occasionally exposed to moving mechanical parts; high, precarious places; toxic or caustic chemicals; risk of electrical shock; explosives; and vibration. The noise level in the work environment is usually moderate.

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.



APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?

IPATH=TNJOB&JOB
_DID=J3P1F165JH3
CBPGZ5CS&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# CHECK OUT OUR SIMILAR CAREERS

Merchandiser Jobs (/en-US/search?keywords=Merchandiser)
Delivery Driver Jobs (/en-US/search?keywords=Delivery Driver)
Careers in Bergenfield, New Jersey (/en-US/search?location=Bergenfield, New Jersey,US)
Merchandiser Jobs Bergenfield, New Jersey (/en-US/search?
keywords=Merchandiser&location=Bergenfield, New Jersey,US)

ABOUT US

Home (/)

Culture (/page/culture)

Our Story (https://corp.advanceautoparts.com/our-story/default.aspx)

Inclusion (/page/inclusion)

Community (https://corp.advanceautoparts.com/responsibility/advance-auto-parts-foundation/default.aspx)

Benefits (/page/benefits)

All Careers (/search)

## CAREERS

Retail (/page/fp-retail)

Professional (/page/fp-professional)

Corporate (/page/fp-corporate)

Supply Chain (/page/fp-supply)

Worldpac (/page/fp-worldpac)

Autopart International (https://www.advanceautoparts.jobs/en-US/search?facetcompany=autopart%20international)

Internship (/page/fp-internship)

## FOLLOW US

**f** Facebook (https://facebook.com/advanceautopartscareers)

**🐦** Twitter (https://twitter.com/myadvancecareer?lang=en)

**📷** Instagram (https://www.instagram.com/advanceautoparts/?hl=en)

   Glassdoor (https://www.glassdoor.com/Jobs/Advance-Auto-Parts-Jobs-E8708.htm)

**▶** YouTube (https://www.youtube.com/c/advanceautoparts/videos)

**in** LinkedIn (https://www.linkedin.com/company/advance-auto-parts/)

Case 2:22-cv-00593-GRB-ST    Document 10-1    Filed 03/24/22    Page 22 of 36 PageID #: 87

2019 Advance Auto Parts

Privacy Policy (/privacy-policy)      Privacy Policy (/terms-and-conditions)

Store Driver in Merrick, NY at Advance Auto Parts

 CANADA ⌄

🔍

# STORE DRIVER IN MERRICK, NY AT ADVANCE AUTO PARTS

**Date Posted:** 1/5/2022

APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3P1F165JH3
CBPGZ5CS&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN

_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

---

# Career Snapshot

⧗ **Employee Type:**
Part-Time

📍 **Location:**
209 Sunrise Highway
Merrick, NY (/En-US/Search?Facetcountry=Us&Facetcitystate=Merrick%2Cny)

▲ **Career Type:**
Store Hourly (/En-US/Search?Facetcategory=Store Hourly)
Field Sales And Service (/En-US/Search?Facetcategory=Field Sales And Service)

🕐 **Date Posted:**
1/5/2022

---

# Career Description

**Job Description**

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.

Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 25 of 36 PageID #: 90

What is a Store Driver?

Entry level store position capable of supporting delivery of parts to commercial customers. The role has the responsibility to deliver parts to our commercial customers and assist with task and inventory processes in the store. This position can be part time or full time and must be fleet safety certified.

Primary Responsibilities
• Safely deliver parts to customers as needed
• Pick and stage parts for customer orders
• Pick up returns and cores
• Drop off weekly / monthly sales flyer
• Daily collection of credit accounts

Secondary Responsibilities
• Store Cleanliness including floors, bathrooms, facing, dusting, parking lot
• General stocking including truck stocking and back stock

Success Factors
• Basic driving and navigation ability
• Ability to use delivery board system
• Friendly communication
• Ability to locate and stock parts
• Safety knowledge and skills
• Operating inventory systems (Back stock) and store equipment

Essential Job Skills Necessary for Success as a Driver
• Communicate effectively and build strong relationships with customers, peers and management
• Read and interpret documents such as safety rules, operating and maintenance instructions, parts catalogs, and procedure manuals
• Use basic math accurately: add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals
• Ability to work an assortment of days, evenings, and weekends as needed

Prior Experience that Sets a Driver up for Success
Automotive parts experience is preferred

Certificates, Licenses, Registrations

Must have a valid driver's license and be fleet safety certified

Physical Demands
The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee will predominantly be walking or standing. The employee is required to be able to talk and hear, and use hands and fingers to handle or feel; reach with hands and arms; climb or balance; and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 50 pounds and occasionally lift and/or move up to 100 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

Work Environment
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee is usually working inside; however, they will occasionally be outside and exposed to various weather conditions while performing such tasks as installing batteries and wiper blades. The employee is also occasionally exposed to moving mechanical parts; high, precarious places; toxic or caustic chemicals; risk of electrical shock; explosives; and vibration. The noise level in the work environment is usually moderate.

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.



APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?

IPATH=TNJOB&JOB
_DID=J3P1F165JH3
CBPGZ5CS&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# CHECK OUT OUR SIMILAR CAREERS

Merchandiser Jobs (/en-US/search?keywords=Merchandiser)
Delivery Driver Jobs (/en-US/search?keywords=Delivery Driver)
Careers in Bergenfield, New Jersey (/en-US/search?location=Bergenfield, New Jersey,US)
Merchandiser Jobs Bergenfield, New Jersey (/en-US/search?
keywords=Merchandiser&location=Bergenfield, New Jersey,US)

## ABOUT US

Home (/)

Culture (/page/culture)

Our Story (https://corp.advanceautoparts.com/our-story/default.aspx)

Inclusion (/page/inclusion)

Community (https://corp.advanceautoparts.com/responsibility/advance-auto-parts-foundation/default.aspx)

Benefits (/page/benefits)

All Careers (/search)

## CAREERS

Retail (/page/fp-retail)

Professional (/page/fp-professional)

Corporate (/page/fp-corporate)

Supply Chain (/page/fp-supply)

Worldpac (/page/fp-worldpac)

Autopart International (https://www.advanceautoparts.jobs/en-US/search?facetcompany=autopart%20international)

Internship (/page/fp-internship)

## FOLLOW US

**f** Facebook (https://facebook.com/advanceautopartscareers)

**𝕏** Twitter (https://twitter.com/myadvancecareer?lang=en)

**⭕** Instagram (https://www.instagram.com/advanceautoparts/?hl=en)

Glassdoor (https://www.glassdoor.com/Jobs/Advance-Auto-Parts-Jobs-E8708.htm)

**▶** YouTube (https://www.youtube.com/c/advanceautoparts/videos)

**in** LinkedIn (https://www.linkedin.com/company/advance-auto-parts/)

2019 Advance Auto Parts

Privacy Policy (/privacy-policy)       Privacy Policy (/terms-and-conditions)

 CANADA ⌄

🔍

# STORE DRIVER IN ROCHESTER, NY AT ADVANCE AUTO PARTS

**Date Posted:** 1/27/2022

APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER
NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3R4S76B8M
9R9Y0Z89S&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA

ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# Career Snapshot

**Employee Type:**
Part-Time

**Location:**
1060 Ridge Rd E
Rochester, NY (/En-US/Search?Facetcountry=Us&Facetcitystate=Rochester%2Cny)

**Career Type:**
Store Hourly (/En-US/Search?Facetcategory=Store Hourly)
Field Sales And Service (/En-US/Search?Facetcategory=Field Sales And Service)

**Date Posted:**
1/27/2022

# Career Description

## Job Description

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal,

state or local protected class.

What is a Store Driver?

Entry level store position capable of supporting delivery of parts to commercial customers. The role has the responsibility to deliver parts to our commercial customers and assist with task and inventory processes in the store. This position can be part time or full time and must be fleet safety certified.

Primary Responsibilities
• Safely deliver parts to customers as needed
• Pick and stage parts for customer orders
• Pick up returns and cores
• Drop off weekly / monthly sales flyer
• Daily collection of credit accounts

Secondary Responsibilities
• Store Cleanliness including floors, bathrooms, facing, dusting, parking lot
• General stocking including truck stocking and back stock

Success Factors
• Basic driving and navigation ability
• Ability to use delivery board system
• Friendly communication
• Ability to locate and stock parts
• Safety knowledge and skills
• Operating inventory systems (Back stock) and store equipment

Essential Job Skills Necessary for Success as a Driver
• Communicate effectively and build strong relationships with customers, peers and management
• Read and interpret documents such as safety rules, operating and maintenance instructions, parts catalogs, and procedure manuals
• Use basic math accurately: add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals
• Ability to work an assortment of days, evenings, and weekends as needed

Prior Experience that Sets a Driver up for Success
Automotive parts experience is preferred

Case 2:22-cv-00593-GRB-ST   Document 10-1  Filed 03/24/22   Page 33 of 36 PageID #: 98

Certificates, Licenses, Registrations
Must have a valid driver's license and be fleet safety certified

Physical Demands
The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee will predominantly be walking or standing. The employee is required to be able to talk and hear, and use hands and fingers to handle or feel; reach with hands and arms; climb or balance; and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 50 pounds and occasionally lift and/or move up to 100 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

Work Environment
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job, with or without reasonable accommodation. While performing the duties of this job, the employee is usually working inside; however, they will occasionally be outside and exposed to various weather conditions while performing such tasks as installing batteries and wiper blades. The employee is also occasionally exposed to moving mechanical parts; high, precarious places; toxic or caustic chemicals; risk of electrical shock; explosives; and vibration. The noise level in the work environment is usually moderate.

We are an Equal Opportunity Employer and do not discriminate against any employee or applicant for employment because of race, color, sex, age national origin, religion, sexual orientation, gender identity, status as a veteran and basis of disability or any other federal, state or local protected class.



**APPLY
(HTTPS://WWW.JO
BS.NET/JOBS/ADV
ANCE-AUTO-
PARTS/EN-
US/JOBSEEKER/AP
PLYONLINE/EXTER**

1/28/22, 10:58 AM
Store Driver in Rochester US at Advance Auto Parts
Case 2:22-cv-00593-GRB-ST   Document 10-1   Filed 03/24/22   Page 34 of 36 PageID #: 99

NALAPPLY.ASPX?
IPATH=TNJOB&JOB
_DID=J3R4S76B8M
9R9Y0Z89S&USEFR
AMES=FALSE&SC_
CMP1=JS_JOBDETA
ILS_EXTAPPLY&TN
_DID=TN7I4YL6J4T
KRW9YCMFG&SOU
RCEKEY=SOURCE&
SOURCEVALUE=G
OOGLE&SOURCE=
GOOGLE&LANGUA
GE=EN-US)

Not Ready To Apply? (/En-US/Join)

# CHECK OUT OUR SIMILAR CAREERS

Merchandiser Jobs (/en-US/search?keywords=Merchandiser)
Delivery Driver Jobs (/en-US/search?keywords=Delivery Driver)
Careers in Greece, New York (/en-US/search?location=Greece, New York,US)
Merchandiser Jobs Greece, New York (/en-US/search?
keywords=Merchandiser&location=Greece, New York,US)

ABOUT US

Home (/)

Culture (/page/culture)

Our Story (https://corp.advanceautoparts.com/our-story/default.aspx)

Inclusion (/page/inclusion)

Community (https://corp.advanceautoparts.com/responsibility/advance-auto-parts-foundation/default.aspx)

Benefits (/page/benefits)

All Careers (/search)

## CAREERS

Retail (/page/fp-retail)

Professional (/page/fp-professional)

Corporate (/page/fp-corporate)

Supply Chain (/page/fp-supply)

Worldpac (/page/fp-worldpac)

Autopart International (https://www.advanceautoparts.jobs/en-US/search?facetcompany=autopart%20international)

Internship (/page/fp-internship)

## FOLLOW US

Facebook (https://facebook.com/advanceautopartscareers)

Twitter (https://twitter.com/myadvancecareer?lang=en)

Instagram (https://www.instagram.com/advanceautoparts/?hl=en)

Glassdoor (https://www.glassdoor.com/Jobs/Advance-Auto-Parts-Jobs-E8708.htm)

YouTube (https://www.youtube.com/c/advanceautoparts/videos)

LinkedIn (https://www.linkedin.com/company/advance-auto-parts/)

2019 Advance Auto Parts

Privacy Policy (/privacy-policy)     Privacy Policy (/terms-and-conditions)