| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **Courtroom 940** |
| **EASTERN DISTRICT OF NEW YORK** | DATE: 6/29/2022   TIME:. |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Telephone Pre-Motion Conference
22-cv-00593-GRB-ST Birthwright v. Advance Stores Company, Inc..

APPEARANCES:    Plaintiff:  **Brian Scott Schaffer, Raymond Nardo**

   Defendant:  **Jeffrey W. Brecher**

FTR:  2:36 – 3:04

**Motion for:**   to dismiss
**Movant:**      defendant

Case called.

☒   Counsel for all sides present.

☒   Pre-motion conference held.

  ☐ Parties to meet and confer and submit a schedule within 2 weeks.
  ☒ Motion Schedule set.   Motion served by:  7/20
       Response served by:  8/19
       Reply and all papers filed by: 10 days

☐   Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒   Motion argued.

☐   The Court deems the motion made.

☒   Other:.. Page limit extended to 40 pages..

☐   The parties are to submit order on notice to all parties.

☐   Settlement discussed. Choose an item.

☐   Jury Selection and trial set for:
    Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*