# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

Direct Dial: (631) 247-4652
Email:  JEFFREY.BRECHER@JACKSONLEWIS.COM

July 24, 2024

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 910, Chambers 914
Central Islip, NY 11722

> Re:   *Hugh Birthwright v. Advance Stores Company, Inc.*
>         Case No. 22-cv-00593

Dear Magistrate Judge Tiscione:

We represent Defendant Advance Stores Company, Inc. d/b/a Advance Auto Parts in the above-referenced action.  Your Honor recently denied Defendant's request to stay discovery, pending Defendant's request to Judge Brown to certify his Order denying Defendant's motion for judgment on the pleadings for interlocutory appeal pursuant to 29 U.S.C. § 1292(b).  The Court stated, however, Defendant could renew its request to stay discovery should Judge Brown grant the request for an interlocutory appeal to the Second Circuit.  The Court had previously granted the request to stay discovery pending the ruling on the motion for judgment on the pleadings.  Today, Judge Brown granted Defendant's request to certify the Order for interlocutory appeal to the Second Circuit.  *See* Dkt. [72] (Order granting Defendant's request to certify the June 27, 2024 Order).  In light of Judge Brown's Order permitting an interlocutory appeal, Defendant renews its request to stay discovery pending resolution of the appeal.  Plaintiff's counsel consents to this request to stay discovery.

> Respectfully submitted,
>
> JACKSON LEWIS P.C.
> *s/Jeffrey Brecher*
> Jeffrey W. Brecher, Esq.

cc:    All counsel of record (via ECF)