FILED
CLERK
11/13/2025 1:47 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

HUGH BIRTHWRIGHT, individually and on behalf of all others similarly situated,

                       Plaintiff,

    -against-

ADVANCE STORES COMPANY, INC., d/b/a ADVANCE AUTO PARTS,

                       Defendant.

Case No.: 2:22-cv-00593 (GRB)

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND PROPOSED ORDER OF DISMISSAL**
**IN ACCORDANCE WITH FED. R. CIV. P. 41**

    IT IS HEREBY STIPULATED AND AGREED, in accordance with Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff HUGH BIRTHWRIGHT ("Plaintiff") and Defendant ADVANCE STORES COMPANY, INC., d/b/a ADVANCE AUTO PARTS ("Defendant"), through their undersigned attorneys, who are authorized to enter into this Stipulation and Proposed Order, that the above-captioned action is hereby dismissed in its entirety with prejudice, against Defendant, with no award of attorneys' fees, costs, or disbursements by the Court to any party, and with each party to bear its own fees, costs, and disbursements.

Dated: Melville, New York
         November 6, 2025

By: /s/ Frank J. Mazzaferro
BRIAN S. SCHAFFER, ESQ.
FRANK J. MAZZAFERRO, ESQ.
FITAPELLI & SCHAFFER, LLP
*Attorneys for Plaintiff*
28 Liberty Street, 30th Floor
New York, New York 10005
(212) 300-0375

By: /s/ Raymond Nardo
RAYMOND NARDO, ESQ.
RAYMOND NARDO, P.C.
*Attorneys for Plaintiff*
129 Third Street
Mineola, New York 11501
(516) 248-2121

By: /s/
JONATHAN M. KOZAK, ESQ.
ELYSE L. PATTERSON, ESQ.
JACKSON LEWIS P.C.
*Attorneys for Defendant*
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8060

SO ORDERED:

_____
Honorable Gary R. Brown

Dated: 11/13/2025
So Ordered. The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
GARY R. BROWN, U.S.D.J.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I hereby caused the **NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT ADVANCE STORES COMPANY, INC. d/b/a ADVANCE AUTO PARTS PURSUANT TO Fed. R. Civ. P. 41** to be electronically filed with the Clerk of the Court using the CM/ECF System and cause to be served in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules addressed to:

JONATHAN M. KOZAK, ESQ.
ELYSE L. PATTERSON, ESQ.
JACKSON LEWIS P.C.
*Attorneys for Defendant*
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8060


*Frank J. Mazzaferro*
FRANK J. MAZZAFERRO, ESQ.